U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 15 2007

ROBERT H. SHEMWELL, CLERK
BY _____
          DEPUTY

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MENARD ELECTRONICS OF LAKE CHARLES, INC. | : | DOCKET NO. 2:06-cv-2089 |
| VS. | : | JUDGE TRIMBLE |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that Plaintiff's Motion to Remand be GRANTED. This matter is remanded to the 14th Judicial District Court. The Motion for Attorney's Fees is DENIED.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this Judgment, and forward the same to the Clerk of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15th day of _____March_____, 2007.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE